No. 687. FEDERIKA ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *John W. Driskill* and *Sol Goodman* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *Harry Baum* for respondent. ▮

No. 701. POLIAFICO ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Jacob W. Friedman* for Lazzaro et al., petitioners. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle R. Cappello* for the United States. ▮

No. 703. LAKESHORE COMPANY *v.* CITY OF EUCLID; and
No. 704. ZEVIN ET AL. *v.* CITY OF EUCLID. Supreme Court of Ohio. Certiorari denied. *Charles W. Sellers* and *Frederick A. Ballard* for petitioners. *Paul H. Torbet* for respondent. Reported below: 165 Ohio St. 501, 137 N. E. 2d 750.

No. 706. KALWAJTYS ET AL., DOING BUSINESS AS GENERAL PRODUCTS, *v.* FEDERAL TRADE COMMISSION. C. A. 7th Cir. Certiorari denied. *Mandel L. Anixter* and *Arthur Abraham* for petitioners. *Solicitor General Rankin, Assistant Attorney General Hansen, Daniel M. Friedman, Earl W. Kintner* and *Robert B. Dawkins* for respondent. ▮

No. 708. COLLINS ET AL., DOING BUSINESS AS COLLINS BROTHERS OIL CO., *v.* LACLEDE GAS CO. ET AL. C. A. 8th Cir. Certiorari denied. *Jesse Jerold Middleton* for petitioners. *John M. Dalton,* Attorney General of Missouri, *Guy A. Thompson* and *James M. Douglas* for respondents. ▮